Entered: January 4th, 2021
Signed: December 30th, 2020

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **13−20236 − JS**    Chapter: **7**

**Thomas J Brandal**
Debtor

## ORDER REOPENING CASE
## AND DIRECTING APPOINTMENT OF TRUSTEE

Upon consideration of the motion to reopen the above−captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010 filed by the U.S. Trustee cause appearing, and it appearing to the Court that a trustee is necessary to protect the interests of creditors and the Debtor and to assure efficient administration of the case, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted, and the Clerk shall reopen the case; and it is further

ORDERED, that a trustee be appointed.

cc:  Debtor
     Attorney for Debtor – Edward A. Derenberger
     Case Trustee – Richard M. Kremen
     U.S. Trustee

**End of Order**

31x03 (rev. 10/02/1997) – larter