### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **THOMAS J. BRANDAL** | * | **Case No. 13-20236** |
| | * | |
| | * | **Chapter 7** |
| **Debtor** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Please set a bar date and notify creditors to file proof of claims in this matter.


_/s/_____
MARC H. BAER, TRUSTEE
455 Main Street
Reisterstown, MD  21136
(443)712-2529

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of January, 2021, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing Line should receive a copy by first class mail or electronically from the Court, including the following:

US Trustee
101 W. Lombard Street
Room 2625
Baltimore, MD 21201
  *Via ecf*

Edward A. Derenberger, Esquire
7321 Furnace Branch Rd.
Glen Burnie, MD 21060
 Attorney for Debtor
 *via ecf*

Thomas J. Brandal
202 Gloucester Drive
Glen Burnie, MD 21061
  *via first class mail*

Thomas J. Brandal
683 Towne Center Drive
Joppa, MD 21085
 *via first class mail*


                                    _/s/_____
                                   MARC H. BAER, TRUSTEE